■ LINDA TAYLOR et al., Appellants, v POUGHKEEPSIE GALLERIA COMPANY, Respondent, et al., Defendant. (And a Third-Party Action.) [627 NYS2d 956] —Appeal by the plaintiffs from an order of the Supreme Court, Dutchess County (Beisner, J.), dated January 26, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Beisner at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.